```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5
   Attorneys for Debtors
6

7

8                   UNITED STATES BANKRUPTCY COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 In re:                              Case No.  10-46904 RLE

11 BETTY JEAN WHITE,                   Chapter 13

12           Debtor.                   EX-PARTE MOTION TO APPROVE
                                       LOAN MODIFICATION; TRUSTEE'S
13 _____/     NON-OPPOSITION
```

Betty Jean White, debtor herein, hereby moves the Court for an order approving the loan modification of the 1st Deed of Trust on the real property located at 1000 Evergreen Terrace #1306, San Pablo, CA 94806. A copy of the loan modification is attached hereto as Exhibit A.

```
Dated:  August 29, 2011            /s/ Anne Y. Shiau
                                   Anne Y. Shiau
                                   Attorney for Debtor
```

**TRUSTEE'S STATEMENT OF NON-OPPOSITION**

The undersigned has no opposition to the above motion.

```
Dated: August 30, 2011             /s/ Martha G. Bronitsky
                                   MARTHA G. BRONITSKY
                                   Chapter 13 Trustee
```

Page 1 of 1