```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

The following constitutes
the order of the court. Signed September 01, 2011

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No: 10-46904 RLE** |
| **BETTY JEAN WHITE,**<br>　　　　　　**Debtor.**<br>_____/ | **Chapter 13**<br><br>**ORDER APPROVING LOAN**<br>**MODIFICATION** |

The Court having considered the Debtor's Ex-Parte Motion to Approve Loan Modification, there being no opposition by the Trustee and good cause appearing;

**IT IS ORDERED** that the loan modification of the 1st Deed of Trust of Wachovia Mortgage on the real property located at 1000 Evergreen Terrace #1306, San Pablo, CA 94806, is hereby approved. This order should not be construed as Judge approval of any specific modification terms, but merely serve as the court's approval of entering into the loan modification agreement.

***END OF ORDER***

**COURT SERVICE LIST**

**Attorneys for Debtor**
Patrick L. Forte
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612


**Chapter 13 Trustee**
Martha Bronitsky, Trustee
P.O. Box 5004
Hayward, CA 94540


U.S. Trustee
1301 Clay Street, #690N
Oakland, CA  94612

**Debtor**
Betty Jean White
1000 Evergreen Terrace, #1306
San Pablo, CA 94806

**Creditors**
Wachovia Mortgage
a Division of Wells Fargo Bank, NA
PO Box 659558
San Antonio, TX 78265-9558
Attn: MAC T7416-023

Wells Fargo Bank, NA
AKA Wachovia Mortgage
C/o Pite Duncan, LLP
4375 Jutland Drive, Suite 200
PO Box 17933
San Diego, CA 92177-0933